# CAPITAL TRUST COMPANY v. GREAT NORTHERN RAILWAY COMPANY.[1]

February 5, 1915.

No. 19,122.

**Case followed.**

After the former appeal reported 127 Minn. 144, 149 N. W. 14, defendant appealed from a judgment entered in favor of plaintiff in the district court for Ramsey county. Affirmed.

*M. L. Countryman* and *A. L. Janes*, for appellant.

*Samuel A. Anderson* and *A. F. Storey*, for respondent.

PER CURIAM.

This appeal from the judgment having been, by stipulation of the parties, submitted upon the same printed record and briefs upon which the appeal from the order denying defendant's motion for judgment notwithstanding the verdict or for a new trial was heard and determined, the judgment is affirmed.